IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

**ALBERT J. ANDERSON**

**Plaintiff**

**-vs.-**

CIVIL ACTION NO.:
3:17-cv-00597-JWD-RLB

**ALLSTATE INSURANCE COMPANY,**

**Defendant**

*CONSOLIDATED WITH:*

| | |
|---|---|
| Dixon et al v. Allstate Insurance Company | 17-cv-01200-JWD-RLB |
| Fountain v. Allstate Insurance Company | 17-cv-01201-JWD-RLB |
| Smith v Allstate insurance Company | 17-cv-01202-JWD-RLB |
| Delacruz et al v. Allstate Insurance Company | 17-cv-01213-JWD-RLB |
| Johnson et al v. Allstate Insurance Company | 17-cv-01215-JWD-RLB |
| Shupe et al v. Allstate Insurance Company | 17-cv-01219-JWD-RLB |
| Coates et al v. Allstate Insurance Company | 17-cv-01247-JWD-RLB |
| Gill et al v. Allstate Insurance Company | 17-cv-01258-JWD-RLB |
| Troxclair v. Allstate Insurance Company | 17-cv-01277-JWD-RLB |
| Wells et al v. Allstate Insurance Company | 17-cv-01446-JWD-RLB |
| Zeno v. Allstate Insurance Company | 17-cv-01554-JWD-RLB |
| Marchiafava v. Allstate Insurance Company | 17-cv-01607-JWD-RLB |
| Box et al v. Allstate Insurance Company | 17-cv-01742-JWD-RLB |
| Scott v. Allstate Insurance Company | 17-cv-01745-JWD-RLB |
| Murga et al v. Allstate Insurance Company | 17-cv-01749-JWD-RLB |
| Whiteman, Frances v Allstate Insurance Company | 17-cv-01203-JWD-RLB |
| Vance, Vicki v Allstate Insurance Company | 17-cv-01217-JWD-RLB |

**ALLSTATE'S NOTICE OF VOLUNTARY WITHDRAWAL
OF RULE 12 MOTION TO DISMISS**

**COMES NOW** the defendant, Allstate Insurance Company ("Allstate"), acting as fiscal agent of the United States in its role as a "Write-Your-Own" carrier participating in the National

Flood Insurance Program ("NFIP"), 42 U.S.C. § 4001, *et seq.*, and submits this Notice of Voluntary Withdrawal of its Rule 12 Motion to Dismiss in each of the above-captioned matters.

As this Court is well aware, Allstate sought through its Motion to Dismiss (ECF No. 6) an acknowledgement that each of the complaints at issue failed to meet the standard enunciated in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and progeny. These complaints remain defective and un-amended to this day.

However, for purposes of judicial economy and in an effort to move this litigation along—*while in no way retreating from or otherwise conceding or suggesting that the complaints are in any way actually or legally sufficient*—Allstate hereby voluntarily withdraws the pending Motions to Dismiss in each of the above-captioned matters only.

Defendant Allstate files this Notice of Withdrawal in accordance with MDLA Civil Rule 7 and will therefore file answers to said Complaints within 14 days of the filing date of this Notice.

Allstate will continue its efforts to seek the dismissal (or amendment) of any remaining cookie-cutter complaints and those filed hereinafter that fail to satisfy the dictates of Rule 12(b)(6) and *Twombly*.

Respectfully submitted, this the 5th day of October 2018.

                                       **ALLSTATE INSURANCE COMPANY**

                                       By:    */s/ Jim Letten.*
                                                   JIM LETTEN (#08517)
                                                   MIKE BEERS (*Pro Hac Vice*)
                                                   PATRICK T. BERGIN (*Pro Hac Vice*)
                                                   *Attorneys for Allstate Insurance Company.*

*OF COUNSEL:*
Jim Letten, New Orleans, La. (#08517)
Butler, Snow LLP
201 St. Charles Avenue
Suite 2700
New Orleans, LA 70170
(504) 299-7777 (F) (504) 299-7701
Jim.Letten@butlersnow.com

Mike Beers (*Pro Hac Vice*)
Butler, Snow LLP
250 Commerce Street
Suite 100
Montgomery, AL 36104
(334) 832-2900 (F): (334) 832-2901
Mike.Beers@butlersnow.com

Patrick T. Bergin (*Pro Hac Vice*)
Butler, Snow LLP
1300 25th Avenue
Suite 204
Gulfport, MS 39501
(228) 575-3000 (F) (228) 868-1531
Patrick.Bergin@butlersnow.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 5, 2018, copies of this pleading were served upon all parties or their attorneys of record contemporaneously with or before the filing of his pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(2) or by using the CM/ECF system which will send notice of electronic filing to all parties or attorneys of record.

                                      */s/ Jim Letten*
                                      Jim Letten

44287948.v1